

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Paprima Industries Inc.** |
| Bankruptcy Case: | **NewPage Corporation et al.** |
| Preference Period: | **Jun 9, 2011 - Sep 7, 2011** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Escanaba Paper Company | Escanaba Paper Company | 2041327 | $1,800.34 | 8/2/2011 | 13699 | 5/19/2011 | $1,800.34 |
| Wiokliffe Paper Co LLC | Wiokliffe Paper Co LLC | 2032435 | $8,536.60 | 6/10/2011 | 13541 | 3/31/2011 | $3,284.38 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2034656 | $16,097.69 | 7/13/2011 | 13671 | 5/11/2011 | $143.08 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2034656 | $16,097.69 | 7/13/2011 | 13682 | 5/9/2011 | $15,954.61 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2036058 | $4,400.00 | 7/15/2011 | 13692 | 5/18/2011 | $4,400.00 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2037342 | $375.96 | 7/18/2011 | 13708 | 5/25/2011 | $375.96 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2038013 | $615.90 | 7/19/2011 | 13519 | 3/29/2011 | $615.90 |
| Luke Paper Company | Luke Paper Company | 2038954 | $3,666.78 | 7/19/2011 | 13653 | 5/6/2011 | $3,666.78 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2039271 | $5,682.33 | 7/19/2011 | 13735 | 6/3/2011 | $1,139.25 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2039271 | $5,682.33 | 7/19/2011 | 13746 | 6/3/2011 | $143.08 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2039271 | $5,682.33 | 7/19/2011 | 13748 | 6/3/2011 | $4,400.00 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2040563 | $1,139.18 | 7/28/2011 | 13774 | 6/10/2011 | $1,139.18 |
| Wiokliffe Paper Co LLC | Wiokliffe Paper Co LLC | 2032435 | $8,536.60 | 6/10/2011 | 13526 | 3/31/2011 | $5,252.22 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2041143 | $2,164.29 | 8/1/2011 | 13786 | 6/13/2011 | $1,627.80 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2047612 | $1,548.64 | 9/2/2011 | 13903 | 7/18/2011 | $2,200.00 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2041825 | $1,111.73 | 8/2/2011 | 13806 | 6/17/2011 | $536.49 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2041825 | $1,111.73 | 8/2/2011 | 13809 | 6/17/2011 | $575.24 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2042406 | $1,359.10 | 8/10/2011 | 13816 | 6/20/2011 | $1,359.10 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2043669 | $12,354.43 | 8/15/2011 | 13843 | 6/27/2011 | $12,354.43 |
| Escanaba Paper Company | Escanaba Paper Company | 2043847 | $702.44 | 8/15/2011 | 13743 | 6/3/2011 | $702.44 |
| Wiokliffe Paper Co LLC | Wiokliffe Paper Co LLC | 2044122 | $2,750.00 | 8/15/2011 | 13750 | 6/3/2011 | $550.00 |
| Wiokliffe Paper Co LLC | Wiokliffe Paper Co LLC | 2044122 | $2,750.00 | 8/15/2011 | 13751 | 6/3/2011 | $2,200.00 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2045021 | $9,620.64 | 8/23/2011 | 13859 | 7/4/2011 | $5,220.64 |

Paprima Industries Inc. (CNPGPAP01)  
Bankruptcy Case: NewPage Corporation et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2045021 | $9,620.64 | 8/23/2011 | 13867 | 7/6/2011 | $4,400.00 |
| Wiokliffe Paper Co LLC | Wiokliffe Paper Co LLC | 2046726 | $2,657.06 | 9/1/2011 | 13799 | 6/16/2011 | $2,657.06 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2047612 | $1,548.64 | 9/2/2011 | 13902 | 7/18/2011 | $143.08 |
| NP Wisconsin System Inc. | NP Wisconsin System Inc. | 2041143 | $2,164.29 | 8/1/2011 | 13780 | 6/13/2011 | $536.49 |

**Totals:**  18 transfer(s),  $76,583.11