**EXHIBIT A-1**

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| 3LOG Systems Inc. | 13-52163 |
| 3V Inc. | 13-51603 |
| A. W. Chesterton Company | 13-51895 |
| A.M. Express, Inc. | 13-51627 |
| ABB Inc. dba ABB Automation, Inc. | 13-52157 |
| ABB Inc. dba Lorentzen & Wettre USA Inc. | 13-51685 |
| ABB, Inc.; and Cimperman Sales, Inc. | 13-52108 |
| ABR Employment Services | 13-51449 |
| A-C Timber Services, LLC | 13-52062 |
| Accent Packaging, Inc. dba Accent Wire Products | 13-51605 |
| Ad Logix, Inc. | 13-51894 |
| Adam Wallace | 13-52065 |
| Advanced Hydraulics Inc. | 13-51451 |
| Advanced Industrial Resources, LLC aka Advanced Industrial Resources Inc. | 13-51607 |
| Advertisers Display and Exhibit Incorporated | 13-51609 |
| AECOM, Inc. | 13-51611 |
| AFCO Credit Corporation | 13-51613 |
| Aggregate Industries Management, Inc. fka Ennstone Inc. | 13-51837 |
| AGRA Industries, Inc. | 13-51760 |
| AIM Metals & Alloys (U.S.A.) Inc. dba AIM Demolition USA LLC | 13-51899 |
| Air Filter Specialists, LLC | 13-51452 |
| Air Products and Chemicals, Inc. | 13-51621 |
| Airgas Safety, Inc. | 13-51411 |
| Airgas, Inc. | 13-51747 |
| AIRIndustries of New England | 13-51761 |
| Alfa Laval Inc. | 13-51901 |
| ALL 4 Inc. | 13-51903 |
| Allegheny Wood Products, Inc. | 13-51762 |
| Allied Barton Security Services, LLC | 13-51906 |
| Allied Valve, Inc. | 13-51884 |
| Alpine Machine Co., Inc. | 13-51623 |
| ALS Group USA, Corp. fka ALS USA MI, Corp. | 13-51886 |
| Alstom Power, Inc. dba Alstom Integrated CE Services, Inc. | 13-51908 |
| AMEC E & C Services, Inc. | 13-51455 |
| Ameralloy Steel Corporation | 13-51910 |
| American Appraisal Associates, Inc. | 13-51632 |
| American Exchanger Services, Inc. | 13-51763 |

1

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| American Express Travel Related Services Company, Inc. | 13-51633 |
| American Forest & Paper Association, Inc. | 13-51412 |
| American Forest Management, Inc. fka Ursa Minor LLC | 13-52177 |
| American PowerNet Management, L.P. | 13-52068 |
| American Transportation of Wisconsin, Inc. | 13-51913 |
| Ampco-Pittsburgh Corporation dba Aerofin Corporation | 13-51758 |
| Anderson Lubricants, Inc. dba Anderson Fuel & Lubricants | 13-51764 |
| Andrews Logging, LLC | 13-52072 |
| Aon Reed Stenhouse Inc. | 13-52074 |
| APComPower Inc. dba Alstom Power Apcom Power | 13-51626 |
| APi Group, Inc. dba Api Construction | 13-51558 |
| Appalachia Coal Sales Company, Inc. dba Massey Industrial Sales | 13-51548 |
| Applied Industrial Technologies, Inc. | 13-51559 |
| Aquilex Corporation fdba Welding Services Inc. | 13-51630 |
| Argo Turboserve Corporation | 13-51637 |
| Arkema, Inc. | 13-51458 |
| Aspirus, Inc. dba Aspirus Occupational Health | 13-51413 |
| AstenJohnson Inc. dba AstenJohnson Advanced Fabrics | 13-51891 |
| AstenJohnson Inc. dba Paperchine Inc. | 13-52117 |
| AT&T Corp. | 13-51418 |
| AT&T Mobility Services, LLC | 13-51415 |
| Atlantic Coated Papers Ltd. | 13-51765 |
| Atlantic Hardchrome Limited | 13-51767 |
| Atlantic Scaffolding Company, LLC | 13-51642 |
| Atlas Copco Compressors, Inc. | 13-51768 |
| Atlas Equipment Services Incorporated dba Atlas Equipment Co. | 13-51644 |
| Auburndale Recycling Center, Inc. | 13-51646 |
| B & B Electrical Contractors, Inc. | 13-51465 |
| B & B Steel, Inc. | 13-51771 |
| Badger Plastics and Supply, Inc. | 13-51923 |
| Baisch Engineering Inc. fdba S.J. Baisch Associates, Inc. | 13-51579 |
| Baker-Bohnert Rubber Co., Inc. dba Baker Global Technology | 13-51650 |
| Ballard Conservation LLC | 13-52075 |
| Bancroft Contracting Corporation | 13-52078 |
| Barker Brothers Waste, Inc. | 13-51462 |
| Barron Fan Technology, Inc. | 13-51653 |
| Barthco International, Inc. | 13-51770 |
| Bastech, LLC | 13-51463 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Batteries Plus, LLC | 13-51750 |
| Bay & Bay Transfer Co. Inc. | 13-51655 |
| BC Adhesives, LLC | 13-51925 |
| Bearing Distributors, Inc. dba BDI-Bearing Distributors, Inc. | 13-51658 |
| Benny C. Pickett | 13-52041 |
| Benz Oil, Inc. | 13-52164 |
| Berger Freight Company, LLC | 13-51926 |
| Best Oil Co. | 13-51772 |
| B-H Transfer Co. | 13-51659 |
| Bielomatik Jagenberg, Inc. | 13-51467 |
| Bisson Transportation, Inc. | 13-51470 |
| Blue Line Logistics, Inc. | 13-51471 |
| BNSF Railway Company fdba Burlington Northern Santa Fe Corporation | 13-52034 |
| BNY Trust Company of Canada | 13-52043 |
| Boise White Paper, L.L.C. dba Boise Cascade Midwest Woodlands | 13-52045 |
| Bonetti Co., Inc. | 13-51774 |
| Bosk Corporation | 13-51561 |
| Brabazon Pumpe Company, Ltd. | 13-51776 |
| Breeden Transportation, Inc. | 13-51777 |
| Brenntag Mid-South, Inc. | 13-51472 |
| Brightstar Partners, Inc. | 13-51928 |
| Brock Trucking, Inc. | 13-51778 |
| Broking's Transport Incorporated | 13-51930 |
| BTG Americas Inc. | 13-52168 |
| BTG IPI, LLC | 13-51663 |
| Buckman Laboratories, Inc. | 13-51664 |
| Bucks Timber Company | 13-52046 |
| Buechler Forest Products, Inc. | 13-52048 |
| Burns Industrial Equipment, Inc. | 13-51666 |
| Burton Energy, LLC | 13-51780 |
| C.H. Robinson Worldwide, Inc. | 13-52170 |
| Cable Splicing & Testing, Inc. | 13-51781 |
| Caldwell-MacKay Company, Inc. | 13-51782 |
| Calender Technical Services, LLC | 13-51667 |
| Camden Hardwood Products LLC | 13-52049 |
| Canusa Hershman Recycling, LLC | 13-51669 |
| CareerBuilder, LLC | 13-51784 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Carl Belt, Inc. | 13-51475 |
| Carmeuse Lime & Stone, Inc. | 13-51670 |
| Carolina Starches, LLC | 13-51477 |
| Carrier Corporation | 13-51562 |
| Cascade Evaporator Company LLC | 13-51478 |
| Castine Energy Services, Inc. | 13-51786 |
| Cbank | 13-51932 |
| CDW Direct, LLC | 13-51788 |
| Cellmark, Inc. dba Cellmark Recycling | 13-51480 |
| CEM Machine, Inc. | 13-51672 |
| Central Maine Power Company | 13-52035 |
| Cenveo Corporation | 13-51483 |
| Ceridian HCM, Inc. | 13-51484 |
| Challenger Motor Freight, Inc. | 13-51486 |
| Chaput Land Surveys LLC | 13-51937 |
| Charles Colburn dba Colburn & Associates | 13-51493 |
| Checker Logistics, Inc. | 13-51673 |
| Chemisolv Corp. | 13-51931 |
| ChemTreat, Inc. | 13-52050 |
| Chisano Marketing Communications, Inc. | 13-51674 |
| Cincinnati Bell Telephone Company LLC | 13-51898 |
| Cintas Corporation | 13-51751 |
| City Carton Company, Inc. dba City Carton, Inc. | 13-51488 |
| Clariant Corporation | 13-51490 |
| Clarissa M. Kupczak | 13-52052 |
| Clean Harbors Environmental Services, Inc. | 13-51676 |
| Clements & Associates Process Equipment, Inc. | 13-51790 |
| Clinton Lumber Company, L.LC. | 13-52053 |
| Clise Coal Company, Inc. | 13-52054 |
| Clyde Bergemann, Inc. dba Anthony-Ross Company | 13-51563 |
| Coalesce, Inc. dba Coalesce Marketing & Design | 13-51794 |
| Coastal Chemical Co., L.L.C. | 13-51796 |
| Coatco Enterprises, Inc. | 13-51491 |
| Coatex, Inc. | 13-51677 |
| Cognex Corporation | 13-51564 |
| Cohnreznick LLP dba J.H. Cohn LLP | 13-51978 |
| Coldwater Group, Inc. | 13-51933 |
| Collier Electrical Service, Inc. | 13-51495 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Collins Pipe & Supply Co., Inc. | 13-51798 |
| Colonial Chemical Company | 13-51679 |
| Colt Atlantic Services, Inc. | 13-51800 |
| Community Energy Partners, LLC | 13-51420 |
| Community Insurance Company dba Anthem Blue Cross and Blue Shield | 13-51636 |
| Compass Systems & Sales, Inc. | 13-51803 |
| Competitive Energy Services, LLC | 13-51934 |
| Consolidated Electric Company Inc. dba Consolidated Electric Company of Cumberland | 13-51805 |
| Consolidated Electrical Distributors dba CED/Mosebach Electric Supply | 13-52159 |
| Consolidated Graphics, Inc. | 13-51505 |
| Construction Divers, Inc. | 13-51807 |
| Continental Offices, Ltd. | 13-51936 |
| Continental Paper Grading Co. | 13-51680 |
| Continental Recycling Corp. | 13-51809 |
| Contribution Strategies Inc. | 13-51498 |
| Cooper Oil Co., Inc. | 13-51507 |
| Copyright Clearance Center, Inc. | 13-51682 |
| Core Link, Inc. | 13-51812 |
| CPI Controls North, Inc. | 13-51509 |
| CPM Colchester LLC | 13-51693 |
| Craig Evans | 13-51818 |
| Crane Pro Services dba Konecranes, Inc. | 13-51416 |
| Cranston Print Works Company dba Bercen, Inc. | 13-52042 |
| Crescent Electric Supply Company | 13-51892 |
| CRST Expedited, Inc. dba CRST Van Expedited Inc. | 13-52172 |
| CSX Transportation, Inc. | 13-51565 |
| Custom Thinning, Inc. | 13-52055 |
| Cutsforth, Inc. dba Custforth Products Inc. | 13-51824 |
| CVN Vooner Paper Machinery dba CVN Systems Inc. | 13-51828 |
| D. & G. Machine Products, Inc. | 13-51689 |
| D. M. Bowman, Inc. | 13-51835 |
| Dale Dunning dba Circle D Construction | 13-52051 |
| Dale Swift dba Swift Environmental | 13-51476 |
| Dalton Lumber Co., Inc. | 13-52056 |
| Daniel L. Ory | 13-52057 |
| David E. Zwergel | 13-52058 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| David J. Prystash | 13-51510 |
| Dead River Company dba Dead River Convenience Store | 13-51752 |
| Dean & Allyn, Inc. | 13-51943 |
| Deane Logging Company, Inc. | 13-52059 |
| deBoer Transportation, Inc. | 13-52060 |
| Decatur Industrial Electric, Inc. dba Mt. Vernon Electric, Inc. | 13-51496 |
| Deep South Industrial Services, Inc. (Delaware) | 13-51686 |
| Deering Enterprises, Inc. dba Poweramp Equipment North | 13-51826 |
| DeLack Logging, Inc. | 13-52063 |
| Dennis Danczyk | 13-52064 |
| Detroit Stoker Company, LLC | 13-51688 |
| Deublin Company | 13-51902 |
| Diamond Power International, Inc. | 13-51905 |
| Dingwell's North America dba Dingwell's Mach & Supply Ltd. | 13-51830 |
| Diversified Pump And Compressor aka Diversified Industries, Inc. | 13-51690 |
| Domtar (Canada) Paper Inc. dba Domatar Inc. – Dryden Chinook | 13-51695 |
| Domtar Paper Company, LLC | 13-51698 |
| Dorner Company | 13-52173 |
| Dorshorst Trucking & Excavating, LLC | 13-52066 |
| Double J Trucking Company | 13-51944 |
| Dow Dawson Trucking, Inc. | 13-51939 |
| Dresser-Rand Group Inc. dba Dresser Rand Co. | 13-51701 |
| E & R Weartech | 13-51716 |
| E. J. Carrier, Inc. | 13-52067 |
| E. O. Johnson Company, Inc. | 13-51950 |
| Eastern Elevator Service and Sales Company | 13-51704 |
| Eaton Corporation | 13-51421 |
| ECC Corrosion, Inc. | 13-51519 |
| Ed Thayer, Inc. | 13-51707 |
| Edwards Transportation Co. | 13-51520 |
| Electroline Data Communications Inc. | 13-51424 |
| Electroline, Inc. | 13-51946 |
| Electro-Mec, Inc. | 13-52175 |
| Elite Carriers, LLC | 13-52069 |
| Ellen Swedberg | 13-52070 |
| Elliott Company fdba Elliott Turbo Machinery Co., Inc. | 13-51567 |
| Emerson Electric Co. dba Instrument & Valve Services Co. | 13-51877 |
| EnPro, Inc. | 13-51838 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Entech, Inc. | 13-51710 |
| Enterprise Systems Group LLC | 13-51715 |
| Environmental Resources Management, Inc. | 13-51845 |
| EPG Companies | 13-51847 |
| Ernst & Young LLP | 13-52071 |
| Errol S. Peters & Benjamin T. Peters dba Peters Logging | 13-52121 |
| Escanaba and Lake Superior Railroad Company | 13-52073 |
| Estate of P L Hardy Jr. | 13-52083 |
| Everett J. Prescott, Inc. | 13-51848 |
| Exxon Mobil Corporation | 13-51426 |
| F. W. Webb Company fdba Sev Holding, Inc. and Sevco, Inc. | 13-51494 |
| F. W. Webb Company, dba Kennebec Supply | 13-51526 |
| F.W. Webb Company dba Kentrol Inc. | 13-51524 |
| Fasken Martineau Dumoulin | 13-52085 |
| Fastenal Company | 13-51428 |
| FastLane Americas | 13-51568 |
| FCC Environmental, LLC | 13-51523 |
| FCX Performance, Inc. | 13-51525 |
| FedEx Corporation dba Federal Express | 13-51527 |
| Ferguson Enterprises, Inc. | 13-51530 |
| Ferguson Enterprises, Inc. | 13-51569 |
| Ferrellgas, Inc. | 13-51849 |
| Ferrellgas, L.P. | 13-51907 |
| Field System Machining, Inc. | 13-51718 |
| Fire Equipment Service Co. | 13-51952 |
| Fire Pro, Inc. | 13-51850 |
| Fisher International, Inc. | 13-52087 |
| FLSmidth International, Inc. | 13-51954 |
| Fluid Process Equipment, Inc. | 13-51956 |
| Fluid System Components, Inc. | 13-51909 |
| FMC Corporation | 13-52089 |
| Fore River Warehousing & Storage Co., Inc. dba Fore River Distribution Center | 13-51532 |
| Forest Pharmaceuticals, Inc. | 13-51535 |
| Forestweb, Inc. | 13-51720 |
| Formosa Plastics Corporation, U.S.A. | 13-51533 |
| Fox Valley Fittings and Controls, Inc. | 13-51957 |
| FP-Pigments, Inc. | 13-51536 |
| Frank L. Sosnin | 13-51722 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Franklin Forest Products, Inc. | 13-52091 |
| Franklin Freight Brokerage, Inc. | 13-51724 |
| Froeter Design Company, Inc. | 13-51725 |
| Fryeburg Water Company dba Hastings and Hastings | 13-52107 |
| Futurewood Corp. | 13-52094 |
| G W S Supply, Inc. | 13-51863 |
| Gardner Denver Nash LLC | 13-51570 |
| Garland Lumber Company, Inc. | 13-52097 |
| Garrett County Commissioners Board | 13-51727 |
| Gary D. Kitzmiller | 13-52101 |
| GATX Corporation | 13-51853 |
| General Electric International, Inc. | 13-51571 |
| General Mill Supply Company | 13-51855 |
| General Supply & Services Inc. dba GEXPRO | 13-51572 |
| Genesys Conferencing, Inc. | 13-51857 |
| Genscape, Inc. fka Envapower Inc. | 13-51843 |
| GL&V USA Inc. | 13-51573 |
| Global Petroleum Corp. | 13-51729 |
| Gonzalez Saggio & Harlan LLP | 13-51540 |
| Gooch Thermal Systems, Inc. | 13-51959 |
| Google Inc. | 13-51542 |
| GPM, Inc. | 13-51961 |
| GRAPHICA, LLC | 13-52178 |
| Graybar Electric Company, Inc. | 13-51911 |
| Graymont Western Lime, Inc. | 13-51731 |
| Great Expectations, LLC | 13-51858 |
| Greer Industries, Inc. dba Greer Lime Company | 13-51543 |
| Greer, Burns & Crain, Ltd. | 13-51860 |
| GTL Transportation, Inc. | 13-51732 |
| Gunville Trucking, Inc. | 13-51862 |
| Gustavo Preston Company, Inc. | 13-51733 |
| H T Safety Shoe Service, Inc. dba Hy Test Safety Shoe Service Inc. | 13-51872 |
| H. L. Lawson & Son, Incorporated | 13-51869 |
| Haessly & Haessly, Inc. | 13-51962 |
| Hall Away Trucking Inc. | 13-51865 |
| Hamon Custodis, Inc. | 13-52160 |
| Hanjin Shipping Co., Ltd. | 13-51734 |
| Hankins Forest Products, Inc. | 13-52104 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Hayes Pump, Inc. dba Atlantic Pump & Engineering | 13-51639 |
| Haza Mechanical, Inc. | 13-51550 |
| Henry A. Petter Supply Company LLC dba Petter Supply Co. LLC | 13-51922 |
| HeplerBroom, LLC | 13-51735 |
| Here To Help, LLC dba Here To Help Inc. | 13-51737 |
| Herff Jones, Inc. | 13-51549 |
| Heritage-Crystal Clean, LLC | 13-51963 |
| Hess Corporation fka Amerada Hess Corp. | 13-51629 |
| Hewlett-Packard Company | 13-51742 |
| Hick's Logging, LLC | 13-52110 |
| Honeywell International Inc. dba Honeywell Inc. | 13-51576 |
| Hooper Hardwoods, LLC | 13-52115 |
| Hooper Sawmill, LLC | 13-52118 |
| Horizon Solutions LLC and supplyFORCE | 13-51593 |
| Houlihan Lokey Capital, Inc. | 13-51744 |
| Hub Group Associates, Inc. fka Hub Group, Inc. | 13-51547 |
| Hydraulic Component Services, Inc. | 13-51745 |
| Hydroblasters, Inc. | 13-51544 |
| IFM Efector Inc. | 13-51875 |
| IHS, Inc. dba Dolphin Software Inc. | 13-51692 |
| Illinois Central Railroad Company | 13-51876 |
| Imerys Canada Inc. | 13-52123 |
| Imerys Pigments, Inc. | 13-52126 |
| IMERYS Talc America, Inc. | 13-52131 |
| Imerys Talc Canada Inc. | 13-52135 |
| Industrial Process Equipment Company dba Industrial Process Equipment Group | 13-51746 |
| Industrial Pump Services LLC | 13-51966 |
| Industrial Pump Services of North Carolina, Inc. | 13-51743 |
| Industrial Solutions Management USA, Inc. | 13-51878 |
| Industrial Vibration Consultants, Inc. | 13-51967 |
| Ingersoll-Rand Company | 13-52162 |
| Ingredion, Inc. | 13-51539 |
| IntelliTrans, LLC | 13-51879 |
| Intermodal Sales Corporation | 13-51970 |
| International Business Machines Corporation dba IBM | 13-51541 |
| International Dunnage, LLC | 13-51741 |
| Interstate Energy, LLC dba Como Oil & Propane | 13-51497 |
| Invensys Systems, Inc. | 13-51537 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| IP Leanware Ltd. dba IP Leanware Inc. | 13-51972 |
| IPFS Corporation fka Premium Financing Specialists, Inc. | 13-52044 |
| Ircon Drying Systems AB | 13-51975 |
| Irow Waste Services, LLC dba Industrial Recyclers of WI | 13-51740 |
| Irving Forest Products, Inc. | 13-52137 |
| ITT Corporation dba ITT Standard | 13-51739 |
| IWCO Direct North Carolina, Inc. | 13-51534 |
| J. & L. Lumber Company, Inc. | 13-52140 |
| J. J. Plank Corporation dba Spencer Johnston Company | 13-51580 |
| J.S. Barry Industries, Inc. | 13-51529 |
| Jackson Lewis LLP | 13-51881 |
| James Kanerva Forest Products | 13-52139 |
| James R. Robertson | 13-52142 |
| Jansen Combustion and Boiler Technologies, Inc. | 13-51882 |
| Jeff Foster Trucking, Inc. | 13-51578 |
| Jeffrey Fisher aka Jeff Fisher | 13-52179 |
| Jeffrey Rader Corporation | 13-51738 |
| Jeremy Lindgren | 13-52145 |
| Jerich USA, Inc. | 13-51736 |
| JMB Logistics, Inc. dba JMB Pallet & Spotting Service | 13-51531 |
| John Calvitti Company dba John Calvitti Co. Inc. | 13-51730 |
| John K. Wetzel LLC | 13-51883 |
| Johnny Sisk & Sons Inc. | 13-52144 |
| Johnson Packings & Industrial Products, Inc. | 13-51728 |
| Jud Corporation | 13-51726 |
| Jupp Norhausen | 13-51723 |
| K & B Transportation, Inc. dba KB Transport | 13-51887 |
| K. T. & L. Timber Company, Inc. | 13-52153 |
| Kaman Industrial Technologies Corporation | 13-52036 |
| Kautza Corporation | 13-52146 |
| Keene's Transfer, Inc. | 13-51889 |
| Keith Whitson Trucking | 13-52148 |
| Kenco Logistic Service, LLC | 13-51893 |
| Kennametal Inc. | 13-51581 |
| Kenneth Little dba Little Logging | 13-52092 |
| Kentucky Community and Technical College System | 13-51896 |
| Kenway Corp. | 13-51721 |
| Kingsway Transport of America dba Kingsway Bulk Transport | 13-51900 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Kirby Sawmill, Inc. | 13-52149 |
| KN Rubber, LLC fdba National Rubber Technologies Corporation | 13-51675 |
| Knight Transportation, Inc. | 13-51521 |
| Kolo Trucking & Excavating, Inc. | 13-51981 |
| Kuhlmann-Leavitt, Inc. | 13-51983 |
| Kuraray America, Inc. | 13-52181 |
| L & M Logging | 13-52095 |
| L & S Electric, Inc. | 13-51584 |
| L.T. Black Construction, Inc. | 13-51941 |
| Lawson Products, Inc. | 13-51915 |
| Leap Technologies, Inc. | 13-51904 |
| Ledvina Forest Products Co. | 13-52088 |
| Lewis-Goetz and Company, Inc. | 13-51917 |
| Liaison Technologies, Inc. | 13-51938 |
| Lilly Trucking of Virginia, Inc. | 13-51940 |
| Lindberg Logging, Inc. | 13-52090 |
| Livingston International, Inc. | 13-52093 |
| LMI-Tennessee, Inc. | 13-51912 |
| London Economics International LLC | 13-51914 |
| Lunne Marketing Group, Inc. | 13-51918 |
| Lynch Logistics, Inc. dba Central Maine Transport | 13-51935 |
| M.A. Olson Co., Inc. dba M.A. Olson Supply | 13-51713 |
| M.L. Smith, Jr., L.L.C. fka M.L. Smith, Jr., Inc. | 13-51499 |
| M.R.O. Tech, Inc. | 13-51804 |
| Main Freight, Inc. | 13-51942 |
| Maine Conveyor, Inc. | 13-51719 |
| Maine Industrial Repair Service, Inc. | 13-51945 |
| Maine Labpack, Inc. | 13-51921 |
| Mainstream Commercial Divers, Inc. | 13-51717 |
| Maritect Investigations & Security Ltd. | 13-52096 |
| Mark Knutson Logging, Inc. | 13-52098 |
| Marsden, Inc. | 13-51711 |
| Marston Industrial Services, Inc. | 13-51708 |
| Martin Engineering Company | 13-51706 |
| Martin-Love, LLC fka Martin Tire Operations LLC | 13-51789 |
| Mason Associates, Inc. | 13-51791 |
| MasterFlo Pump, Inc. | 13-51703 |
| Mathy Construction Company dba Milestone Construction | 13-51513 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Mccollum Timber Company | 13-52099 |
| McGraw Hill Financial, Inc. fdba The McGraw-Hill Companies, Inc. | 13-51518 |
| McKevitt Trucking Ltd. | 13-51947 |
| MDK, Inc. | 13-51515 |
| MeadWestvaco Corporation | 13-52037 |
| Mechanical Services, LLC | 13-51948 |
| Meridian Leasing Corp. | 13-51949 |
| Metro Canada Logistics, Inc. | 13-52038 |
| Metro Fire Protection, Inc. | 13-51951 |
| Metso Automation USA, Inc. | 13-52182 |
| Metso Minerals Industries, Inc. | 13-51700 |
| MH Equipment Corporation | 13-51953 |
| M-I L.L.C. dba Sweco Inc. | 13-51440 |
| Michael Best & Friedrich LLP | 13-51955 |
| Michael Brown dba Mike Brown Trucking | 13-51793 |
| Mid-America Paper Recycling Co., Inc. | 13-51958 |
| Mid-State Technical College | 13-51792 |
| Mid-State Truck Service, Inc. | 13-51753 |
| Midwest Converting, Inc. | 13-51696 |
| Midwest Hardwood Corporation | 13-52039 |
| Mielke Electric Works, Incorporated | 13-51694 |
| Mihalko Land and Logging Co., Inc. | 13-52214 |
| Mike Gibson and Sons Logging Inc. | 13-52102 |
| Mike Rychlock dba KT Enterprises | 13-52086 |
| Milan Lumber Company, LLC | 13-52103 |
| Millennium Power Services, Inc. | 13-51506 |
| Millennium Recycling, Inc. | 13-52183 |
| Miller Auto Parts & Supply Company, Inc. | 13-51795 |
| Miller Mechanical Services, Inc. | 13-51501 |
| Millis Transfer, Inc. | 13-52105 |
| Milo Chip, LLC | 13-52084 |
| Milport Enterprises, Inc. | 13-51691 |
| Minnesota Department of Natural Resources dba Minnesota Natural Resources | 13-52106 |
| Miron Construction Co., Inc. | 13-52109 |
| Mitsui O S K Lines, Inc. | 13-51687 |
| MLI ILG, dba Miller Logistics | 13-51511 |
| Mode Transportation, LLC | 13-51429 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Monarch Welding & Engineering, Inc. | 13-51684 |
| Monson Companies, Inc. | 13-51683 |
| Morrison Metalweld Process Corporation | 13-51799 |
| Motion Industries, Inc. | 13-51431 |
| Mott's Bp & Bulk Plant dba Motts Bp Service Station | 13-51586 |
| Mount Hope Machinery Co. | 13-51678 |
| Mountain View Eyecare, P.A. | 13-51802 |
| Murphy Warehouse Company | 13-51960 |
| National Council for Air and Stream Improvement, Inc. dba NCASI | 13-51601 |
| National Fiber Supply L.L.C. | 13-51423 |
| National Hydraulics, Inc. | 13-51433 |
| Nationwide Magazine Recycling, Inc. | 13-51806 |
| Neil E. Schallock Trucking, L.L.C. | 13-52040 |
| Nekoosa Corporation | 13-51439 |
| NEPW Logistics, Inc. aka New England Public Warehouse Logistics | 13-51610 |
| NES Rentals Holdings, Inc. dba Cormier Equipment Co. | 13-51815 |
| New England Ropes Corp. | 13-51810 |
| New Penn Motor Express, Inc. | 13-52184 |
| Newman & Shepard | 13-52112 |
| Nextera Energy Resources, LLC aka Gulf Island Pond Oxygenation | 13-51551 |
| Nidec Avtron Automation Corporation fka Avtron Industrial Automation, Inc. | 13-51769 |
| NMHG Financial Services, Inc. | 13-51589 |
| Nordic Construction Services, LLC | 13-51616 |
| Nordstrong Equipment Limited | 13-51964 |
| NorFalco, Inc. | 13-51454 |
| Norfolk Southern Railway Company | 13-51965 |
| North American Salt Company | 13-51873 |
| Northern Machining & Repair, Inc. | 13-51468 |
| Northland Industrial Truck Co., Inc. | 13-51968 |
| NorthStar Environmental Testing LLC | 13-51969 |
| Nortrax, Inc. | 13-51754 |
| Novaspect Holdings, Inc. fdba Able Technology and Field Services | 13-51557 |
| Novaspect, Inc. | 13-51591 |
| Novo Nordisk, Inc. | 13-51474 |
| NWL Transformers Company dba CE Power Solutions of Florida | 13-51668 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Nyrstar Clarksville Inc. | 13-52187 |
| O. C. Tanner Recognition Company | 13-51971 |
| Oasis Alignment Services, Inc. | 13-51619 |
| OEM Equipment Parts Interchange Service Inc. | 13-51973 |
| Oester Trucking, Inc. | 13-51974 |
| Olin Corporation dba Olin Chlor Alkali Products | 13-52114 |
| Orlandi, Inc. | 13-51481 |
| Osisoft, Inc. | 13-51492 |
| Ossipee Chipping, Inc. | 13-52116 |
| Otis Elevator Company | 13-52216 |
| Ovalstrapping, Incorporated dba Oval International | 13-51625 |
| Overland LLC | 13-51976 |
| Packaging Incorporated | 13-51977 |
| Paducah & Louisville Railway, Inc. | 13-52188 |
| Papertech Inc. | 13-51816 |
| Paprima Industries Inc. | 13-51920 |
| Paragon Micro Inc. | 13-51822 |
| Pascale Industries, Inc. fka National Wire Fabric Corporation | 13-51671 |
| Paschall Truck Lines, Inc. | 13-51631 |
| Paul Brandt Trucking | 13-51634 |
| Pentair Vales & Controls US LP fdba Tyco Vales & Controls LP | 13-51844 |
| Per Mar Security and Research Corp. dba Per Mar Security Services | 13-51979 |
| Perficient, Inc. | 13-51640 |
| Peterson Industrial Scaffolding, Inc. | 13-51500 |
| Phasor Engineering Services, LLC | 13-51502 |
| Phenix Services Corporation | 13-51821 |
| Pieper Electric, Inc. dba System Technologies | 13-51598 |
| Piping Specialties Inc. | 13-51980 |
| Pitney Bowes Inc. | 13-51434 |
| Plasmine Technology, Inc. | 13-52189 |
| Pomp's Tire Service, Inc. | 13-51982 |
| Port Elizabeth Terminal & Warehouse Corp. | 13-51645 |
| Pottle's Transportation, LLC | 13-51594 |
| Power Generation Service, Inc. | 13-51503 |
| Praxair, Inc. | 13-51755 |
| PRC Acquisition Company, Inc. dba PRC Industrial Supply Inc. | 13-51656 |
| Precision Husky Corporation | 13-51504 |
| Precision Printing Products, Inc. | 13-51831 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Precision Roll Grinders, Inc. | 13-51660 |
| Precision Tanks, Inc. | 13-51833 |
| Pregis Corporation | 13-51866 |
| Priem Forest Products | 13-52124 |
| Prime Electric Motors, Inc. | 13-51836 |
| Prime Printing, Inc. | 13-51852 |
| Priority Express Transportation | 13-51508 |
| PRM Corporation | 13-51984 |
| ProAct Safety, Inc. | 13-51985 |
| Process Control Services, Inc. | 13-51987 |
| Process Controls International, Inc. dba Automation Service | 13-51919 |
| Progress Rail Services Corporation | 13-51665 |
| Progressive Converting, Inc. | 13-51988 |
| PROS, Inc. and PROS Revenue Management, L.P. | 13-51545 |
| Pruftechnik Services, Inc. | 13-51856 |
| PSA, Inc. dba Power Specialists Assoc., Inc. | 13-52190 |
| PSC Industrial Outsourcing, Inc. | 13-51517 |
| Pyle & Piontek, LLC | 13-51990 |
| Quality Assurance Laboratories, Inc. | 13-51991 |
| Quality Edge, Inc. | 13-51859 |
| Quality Supplier | 13-51522 |
| Quarterback Transportation Inc. | 13-51861 |
| Quickdraft, Inc. | 13-51864 |
| R & J Transport, Inc. | 13-51705 |
| R and R Shamion Trucking Inc. | 13-52141 |
| R. C. McLucas Trucking, Inc. | 13-52125 |
| R. P. Adams Co. Inc. | 13-51787 |
| R.V. Forest Products, LLC | 13-52147 |
| R2 Logistics, Inc. | 13-51528 |
| Racine Flame Spray Inc. | 13-51993 |
| Redford Truck Line, Inc. | 13-51546 |
| Refra-Chem Linings, Inc. | 13-51994 |
| Reliability Equipment, LLC | 13-51766 |
| Reliable Parts Specialist, LLC | 13-51697 |
| Rencor Controls, Inc. | 13-51995 |
| Renewal Compounds, Inc. | 13-51775 |
| Resource One International, LLC | 13-51552 |
| Resources Global Professionals | 13-51997 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Retirement Insurance Fund | 13-51702 |
| Revenu Quebec | 13-51779 |
| Richard Carrier Trucking, Inc. | 13-52127 |
| Richard Dupuis Logging Inc. | 13-52128 |
| Richard Gauger | 13-52129 |
| Richard Patterson Logging dba Patterson Logging | 13-52120 |
| Richard Riendeau | 13-52100 |
| Richard T. Young, Trustee | 13-52113 |
| Rick Thompson | 13-52119 |
| Ritchie-Lakeland Oil Co., Inc. | 13-51783 |
| Road Machinery & Supplies Co. | 13-51998 |
| Robert Half International, Inc. dba Robert Half Management Resources | 13-51756 |
| Robert Mitchell Co., Inc. dba Douglas Bros. | 13-51699 |
| Robert Taylor | 13-52130 |
| Robert Transport | 13-51709 |
| Rochester Institute of Technology | 13-52000 |
| Rockwell Automation, Inc. | 13-52002 |
| Rodney Hix Forest Products | 13-52132 |
| Roehl Transport, Inc. | 13-52133 |
| Ron Olynick, LLC dba Ronald Olynick LLC | 13-52136 |
| Ronald J. Zerr | 13-52134 |
| Rose Marie, Incorporated | 13-51553 |
| Rosemount Inc. | 13-51924 |
| Rosenblad Design Group, Inc. | 13-51785 |
| Roy Fulkerson | 13-52138 |
| RSA, Inc. | 13-51797 |
| Ruan Transport Corporation | 13-51554 |
| Rumford Falls Hydro LLC | 13-51712 |
| Russel Metals Williams Bahcall Inc. | 13-51801 |
| Russell Riendeau & Sons, Inc. | 13-52143 |
| R-V Industries, Inc. | 13-52003 |
| Ryeco, Inc. | 13-51808 |
| S. D. Warren Company dba Sappi Fine Paper North America | 13-52191 |
| S. J. Forest Products Inc. | 13-52151 |
| S.A.L.T. Payroll Consultants, Inc. | 13-51811 |
| S.D.I. Inc. | 13-52005 |
| Same Day Transportation, Inc. | 13-52004 |
| Sanabe & Associates, LLC | 13-51714 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Sandar Industries, Inc. | 13-51814 |
| Savcor Forest Inc. | 13-51574 |
| Sedgwick Claims Management Services, Inc. | 13-51555 |
| Sekisui Specialty Chemicals America, LLC | 13-51556 |
| Sensient Technologies Corporation dba Sensient Technical Colors | 13-51817 |
| Service Equipment & Repair Company, L.L.C. dba SERCO | 13-51575 |
| SGT 2000 Inc. | 13-51577 |
| Shaw Environmental & Infrastructure International, LLC fdba Shaw Environmental & Infrastructure International, Inc. dba Shaw E&I Inc. | 13-52007 |
| Shell Energy North America (US), L.P. dba Shell Energy North America LP | 13-52150 |
| Shindler Tire Recycling LLC | 13-52008 |
| Shopko Stores, Inc. | 13-51757 |
| Siemens Industry, Inc. | 13-51596 |
| Simpson Thacher & Bartlett LLP | 13-51819 |
| SKF USA Inc. dba SKF Reliability Systems | 13-51927 |
| SMD Metal Fabrication | 13-51820 |
| Smp Resources Inc. | 13-52152 |
| Solarus | 13-52010 |
| Southern Maintenance Contractor, LLC | 13-51582 |
| Southern Specialty Services, Inc. | 13-51583 |
| Southern Specialty Services, Inc. | 13-51823 |
| Specialty Minerals Inc. | 13-52047 |
| Specialty Promotions, Inc. dba Specialty Print Communications | 13-51489 |
| SPX Corporation dba Lightnin Mixers | 13-51929 |
| St. Hilaire Contractors, Inc. | 13-52015 |
| Standard Electric Company dba Wittock Supply Company and U.P. Electric Supply | 13-51427 |
| Standard Electric Supply Co. | 13-52011 |
| Stanley Elevator Company, Inc. | 13-52012 |
| Stantec Consulting Services Inc. | 13-51585 |
| Staples, Inc. dba Staples National Advantage | 13-52013 |
| Steam-Path Solutions, Inc. | 13-51825 |
| Stein Services | 13-51827 |
| Steve Swasey, Inc. | 13-51487 |
| Stewart and Stewart | 13-51485 |
| Stikeman Elliott, LLP | 13-52156 |
| Stowe Woodward LLC | 13-52061 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Strategic Analysts, LLC | 13-52016 |
| Subsurface Exploration Services, LLC | 13-51482 |
| Sullivan and Merritt Constructors, Inc. | 13-51830 |
| Sullivan Consolidation, Inc. | 13-51588 |
| Sulzer Process Pumps (US) Inc. | 13-51590 |
| Sun Machinery Co., Inc. | 13-51479 |
| Superior Crane Corp. | 13-51592 |
| SupplyFORCE.com, LLC; and Hannan Supply Company | 13-52111 |
| SupplyFORCE.com, LLC; and State Electric Supply Company | 13-51873 |
| SupplyFORCE.com, LLC; and Werner Electric Supply Co. | 13-51874 |
| Sustainable Forestry Initiative, Inc. | 13-51595 |
| T & A Industrial, Ltd. Dba T & A Industrial Distributors | 13-51989 |
| T Square of North America, Inc. dba T Square, Inc. | 13-51614 |
| T.R. Dillon Logging, Inc. | 13-52169 |
| T.T. Dunphy, Inc. | 13-51456 |
| Take Care Health Systems, Inc. | 13-51992 |
| Tall Timber Logging Inc. | 13-52158 |
| Target Corporation | 13-52161 |
| Taylor Corporation | 13-51473 |
| Team Industrial Services, Inc. | 13-51885 |
| Technology Service Professionals, Inc. fdba Advanced Service Providers | 13-51897 |
| Ted Berry Company, Inc. | 13-51469 |
| Teksystems, Inc. (Maryland) dba Teksystems | 13-51466 |
| Telstar Technical Service, Inc. dba Telstar Tech Inc. | 13-51996 |
| Temco, Inc. | 13-51832 |
| Terminal Transport, Inc. | 13-51999 |
| Terrasource Global Corporaiton dba Gundlach Equipment Corporation fka T J Gundlach Machine Company | 13-51839 |
| Terry Palecek, Inc. | 13-52001 |
| Tesa Tape, Inc. | 13-52006 |
| Texpar Energy, L.L.C. | 13-51461 |
| The Aikawa Group dba Advanced Fiber Technologies (AFT) | 13-51615 |
| The Ayco Company, L.P. | 13-51460 |
| The Babcock & Wilcox Company | 13-51560 |
| The Dayton Power and Light Company | 13-52215 |
| The Dow Chemical Company | 13-51566 |
| The Fitch Company, Inc. | 13-51888 |
| The Hope Group, LLC dba The Leen Company | 13-51986 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| The Print Council | 13-51834 |
| The Sinclair Group, Ltd. | 13-51597 |
| The Snow Owl Outdoor Club | 13-52154 |
| Thermal Equipment Sales, Inc. | 13-52009 |
| Thermo Fisher Scientific Inc. | 13-51890 |
| Thomas N & E Jean Richards dba Thomas N. Richards & Son Logging | 13-52166 |
| ThyssenKrupp Elevator Corporation | 13-51759 |
| Timco Products, Inc. | 13-52014 |
| Timothy J. Chick | 13-52167 |
| Titan Contracting & Leasing Company, Inc. | 13-52017 |
| Tom Joy and Son, Inc. | 13-52018 |
| Tomar, Inc. | 13-51459 |
| Total Equipment Company | 13-52019 |
| Total Quality Logistics, Inc. | 13-51840 |
| Towers Watson Delaware Inc. | 13-51604 |
| Tranport STCH dba STCH | 13-51587 |
| Transport Besner Inc. | 13-51606 |
| Transport Link Corporation | 13-52020 |
| Trask-Decrow Machinery, Inc. | 13-51608 |
| Triangle Enterprises, Inc. | 13-51612 |
| Trico Mechanical Contractors, Inc. | 13-51457 |
| Tri-State Industrial Solutions, Inc. | 13-51841 |
| Tritz Forest Products LLC | 13-52171 |
| Turbo Parts, LLC | 13-51599 |
| Turbogen Consultants, Inc. | 13-51617 |
| Tushaus Computer Services LLC aka Tushaus Computer Services Inc. | 13-51600 |
| TW Telecom Inc. | 13-52022 |
| Two-Way Radio Service, Inc. dba TWR Communications | 13-52021 |
| TWTG-WMW, Inc. dba Atlantic Distribution Services | 13-51916 |
| U. S. Blades, LLC | 13-51846 |
| U.S. Security Associates, Inc. | 13-51453 |
| Ullrich Logging, LLC | 13-52174 |
| Ultimate Industrial Solutions LLC | 13-52023 |
| Unisource Worldwide, Inc. | 13-51442 |
| United Parcel Service, Inc. | 13-51443 |
| United States Cellular Corporation dba U.S. Cellular | 13-51618 |
| Univar USA Inc. | 13-52193 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Valencia Tree LLC | 13-52076 |
| Valley Roller Company, Inc. | 13-51620 |
| Valley Trucking, LLC | 13-51450 |
| Van Asten Painting Inc. | 13-52024 |
| Van Bergen and Markson, Inc. | 13-51622 |
| Veolia Environmental Services North America LLC | 13-51445 |
| Veriha Trucking, Inc. dba John Veriha Trucking, Inc. | 13-52180 |
| Verizon Wireless, Inc. | 13-51447 |
| Versitech, Inc. | 13-52025 |
| Viking Electric Supply, Inc. | 13-51748 |
| Village of Biron, Wisconsin | 13-51773 |
| Vision Service Plan | 13-51448 |
| VisionTech Automation LLC | 13-51624 |
| Volk Packaging Corporation | 13-52194 |
| Volkmann Railroad Builders, Inc. | 13-51851 |
| Von Mehl Company, Inc. dba Denross New England | 13-51512 |
| W. Gravois, LLC | 13-51643 |
| W.M. Wagner Sales Co., Inc. | 13-51868 |
| W.W. Grainger Inc. | 13-51870 |
| Walker Industrial Services Inc. | 13-52026 |
| Walter N. Yoder & Sons, Inc. | 13-51446 |
| Walter Pilhofer Trucking, Inc. | 13-52077 |
| Waste Management of Minnesota, Inc. dba Waste Management of Northern MN | 13-51444 |
| Waugh's Mountain View Electric Inc. | 13-52027 |
| Wausau Hydraulics and Machine, Inc. | 13-52028 |
| Wayne Transportation, LLC | 13-51441 |
| Webcrafters, Inc. | 13-51438 |
| Wells Fargo Securities, LLC | 13-51635 |
| Werner Electric Supply Co. | 13-51436 |
| West Fraser Timber Co. Ltd. | 13-51638 |
| Westaff (USA), Inc. | 13-52029 |
| Western Express, Inc. | 13-51641 |
| Western Michigan University | 13-51854 |
| Wetend Technologies Ltd. | 13-51867 |
| Whertec, Inc. | 13-51647 |
| White Oak Stave, Inc. | 13-52080 |
| William Kenyon & Sons Inc. | 13-52030 |
| William L. McDonough | 13-52081 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| William T. Gardner & Sons, Inc. aka W. T. Gardner & Sons, Inc. | 13-52082 |
| Williams & Jensen, PLLC | 13-51648 |
| Williams Parts & Supply Co. | 13-51652 |
| Williams Patent Crusher and Pulverizer Company | 13-52031 |
| Wilmer Cutler Pickering Hale and Dorr, LLP | 13-51435 |
| Winstead PC | 13-51654 |
| Wisconsin Central Ltd. | 13-51432 |
| Wisconsin Department of Natural Resources | 13-51657 |
| Wisconsin Energy Corporation dba WE Energies | 13-51628 |
| Wisconsin Lift Truck Corp. | 13-51430 |
| Wolf Material Handling Systems LLC fdba Wolf & Associates, Inc. | 13-52032 |
| Wolters Kluwer Financial Services, Inc. | 13-51602 |
| World Data Products, Inc. | 13-51661 |
| Wow Logistics Company | 13-51425 |
| Wright Express Financial Services Corporation | 13-51422 |
| WTG-TTS, LLC dba WTG Logistics-USD | 13-51419 |
| WTNN, Inc. dba West Tennessee Railroad Corp. | 13-52079 |
| Xerox Corporation | 13-52033 |
| Xylem, Inc. fdba ITT Flygt Corporation | 13-51880 |
| YRC Inc. | 13-51871 |
| Z & R Electric Service, Inc. | 13-51662 |
| Zampell Refractories, Inc. | 13-51417 |

* 769 Adversaries

**EXHIBIT A-2**

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Avoca Bement Corp and Knight Hawk Coal, LLC | 13-52196 |
| Canadian National | 13-52197 |
| Cargill Inc. | 13-52198 |
| Cianbro Corp. | 13-52199 |
| General Chemical Corp. | 13-52200 |
| General Chemical Performance Products LLC | 13-52201 |
| Graymont (QC) Inc. | 13-52202 |
| HHP Inc. | 13-52203 |
| Jamar Company | 13-52204 |
| Lake States Lumber Inc. | 13-52205 |
| Maryland Department of the Environment | 13-52206 |
| Niagara Logistics, Inc. | 13-52207 |
| Old World Industries, LLC | 13-52208 |
| Penford Products Co. | 13-52209 |
| Schneider Logistics | 13-52210 |
| Schneider National Inc. | 13-52211 |
| Tweet/Garot Mechanical Inc. | 13-52212 |
| Wisconsin Paper Group Inc. | 13-52213 |

* 18 Adversaries