# **EXHIBIT D**

## **Mediator List**

1. Arthur Steinberg, King & Spalding

2. John Ashmead, Seward & Kissell

3. Robin Keller, Hogan Lovells

4. Robert Raicht, Halperin Battaglia Raicht, LLP

5. Mark Felger, Cozen O'Connor

6. [Ballot Mediator]

7. [Ballot Mediator]