# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NewPage Corporation, *et al.*,[1] | Case No. 11-12804 (KG) |
| Reorganized Debtors. | (Jointly Administered) |
| Pirinate Consulting Group LLC, as Litigation Trustee of the NP Creditor Litigation Trust, <br><br>                      Plaintiff, <br><br>vs. <br><br>*Defendants Listed Below*, <br>                      Defendants. | |

| **Defendants** | **Adversary Number** |
|---|---|
| Aon Reed Stenhouse Inc. | 13-52074 |
| Atlantic Coated Papers Ltd. | 13-51765 |
| Atlantic Hardchrome Limited | 13-51767 |
| BNY Trust Company of Canada | 13-52043 |
| Challenger Motor Freight, Inc. | 13-51486 |
| Dingwell's North America dba Dingwell's Mach & Supply Ltd. | 13-51830 |
| Domtar (Canada) Paper Inc. dba Domatar Inc. - Dryden Chinook | 13-51695 |
| Fasken Martineau Dumoulin | 13-52085 |
| FastLane Americas | 13-51568 |
| GTL Transportation, Inc. | 13-51732 |
| Imerys Canada Inc. | 13-52123 |
| Imerys Talc Canada Inc. | 13-52135 |
| Ircon Drying Systems AB | 13-51975 |
| Kingsway Transport of America dba Kingsway Bulk Transport | 13-51900 |

---

[1] The "Reorganized Debtors" in these Chapter 11 cases and, prior to the Effective Date (as defined below), the "Debtors," along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

| | |
|---|---|
| KN Rubber, LLC fdba National Rubber Technologies Corporation | 13-51675 |
| Maritect Investigations & Security Ltd. | 13-52096 |
| McKevitt Trucking Ltd. | 13-51947 |
| Metro Canada Logistics, Inc. | 13-52038 |
| Nordstrong Equipment Limited | 13-51964 |
| Papertech Inc. | 13-51816 |
| Paprima Industries Inc. | 13-51920 |
| Paul Brandt Trucking | 13-51634 |
| Quarterback Transportation Inc. | 13-51861 |
| Revenu Quebec | 13-51779 |
| Robert Transport | 13-51709 |
| Savcor Forest Inc. | 13-51574 |
| SGT 2000 Inc. | 13-51577 |
| Smp Resources Inc. | 13-52152 |
| Stikeman Elliott, LLP | 13-52156 |
| The Aikawa Group dba Advanced Fiber Technologies (AFT) | 13-51615 |
| Tranport STCH dba STCH | 13-51587 |
| Transport Besner Inc. | 13-51606 |
| West Fraser Timber Co. Ltd. | 13-51638 |
| Wetend Technologies Ltd. | 13-51867 |

\* 34 Adversary Proceedings

**CERTIFICATE OF NO OBJECTION REGARDING
PLAINTIFF'S MOTION FOR AN ORDER (I) AUTHORIZING BUT NOT DIRECTING
PLAINTIFF TO EMPLOY APS INTERNATIONAL AS ITS AGENT TO SERVE
CERTAIN COMPLAINTS AND SUMMONSES UPON THE DEFENDANTS IN
CERTAIN ADVERSARY PROCEEDINGS, (II) FINDING THAT THE DEADLINE
TO SERVE THE COMPLAINTS AND SUMMONSES DOES NOT APPLYTO THE
ADVERSARY PROCEEDINGS OR, ALTERNATIVELY, EXTENDING THE
DEADLINE FOR SERVICE OF THE COMPLAINTS AND SUMMONSES, AND (III)
SETTING A DEADLINE FOR EACH OF THE DEFENDANTS TO FILE AN ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

I, Julia B. Klein, counsel to *Pirinate Consulting Group LLC, Litigation Trustee of the NP Creditor Litigation Trust* (the "Plaintiff"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the Plaintiff's Motion for an Order (i) authorizing but not directing Plaintiff to employ APS International as its agent to serve certain complaints and summonses upon the defendants in certain adversary proceedings, (ii) finding

{00012217. }                                            2

that the deadline to serve the Complaints and Summonses does not apply to the above-captioned adversary proceedings, or, alternatively, extending the deadline for service of the complaints, and (iii) setting a deadline for each of the defendants in the Adversary Proceedings to file an answer or otherwise respond to the Complaint [filed 9/16/13] (the "Motion").

The undersigned further certifies that she has reviewed the Court's docket in the above-captioned adversary proceedings and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than September 30, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at its earliest convenience of the Court.

Dated: October 7, 2013
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

Delaware Counsel

*/s/ Julia Klein*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com
klein@teamrosner.com

and

Primary Counsel
(**Please Contact Primary Counsel**)

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676

e-mail: kcasteel@askllp.com

and

Edward E. Neiger, Esq.
Marianna Udem, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, Pirinate Consulting Group LLC, Litigation Trustee of the NP Creditor Litigation Trust*